**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

SARAFINA SHIPPING COMPANY LTD,

    Plaintiff,

  v.

UNION BULK A.S.,

    Defendant.

Case No. 1:26-cv-02745-JRR

IN ADMIRALTY

**ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND
<u>GARNISHMENT</u>**

Upon consideration of the Verified Complaint filed by Plaintiff, and the Court having found that the conditions required by Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") exist, NOW, upon Plaintiff's motion, it is hereby,

ORDERED, that the Clerk of this Court is authorized to issue, pursuant to Supplemental Rule B, as detailed in the Verified Complaint, Process of Maritime Attachment and Garnishment for all assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter freight or hire, bunkers, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of **UNION BULK A.S.** as defined in the Verified Complaint, including, but not limited to any such assets as may be in the possession, custody or control of, or being transferred through any garnishee within this District, and said Order being equally applicable with respect to the issuance and service of additional process of maritime attachment and garnishment upon any garnishees in this District not named herein, pursuant to Rule B of the

1

Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further,

ORDERED, that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the garnishment or attachment should not be vacated or other relief granted; and it is further,

ORDERED, that supplemental or further writs of maritime attachment and garnishment may be issued by the Clerk upon application without further Order of the Court; and it is further,

ORDERED, that following initial service of process of maritime attachment and garnishment on any Garnishee, supplemental service of maritime attachment and garnishment writs on that Garnishee and related papers may be made by way of facsimile transmission or email to each such Garnishee and, it is further,

ORDERED, that service on any Garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the Garnishee's business the next business day; and, it is further,

ORDERED, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each Garnishee may consent, in writing, to accept service by any other means; and it is further,

ORDERED, that a copy of this Order be served with each said writ of maritime attachment and garnishment; and, it is further,

ORDERED that, to afford an opportunity for an expeditious hearing of any objections which might be raised by Union Bulk A.S. or any Garnishee, a hearing may be set by calling the case manager of the undersigned.

SO ORDERED this July ___, 2026.

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE