**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| SARAFINA SHIPPING COMPANY LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNION BULK A.S., <br><br> Defendant. | Case No.    1:26-cv-02816-JRR <br><br> IN ADMIRALTY |

**WRIT OF MARITIME ATTACHMENT AND GARNISHMENT *QUASI IN REM***

To the Marshal of the United States District of Maryland - GREETINGS:

WHEREAS, a Verified Complaint has been filed in the United States District Court for the District of Maryland (Northern Division) on the 17th day of July 2026, by

SARAFINA SHIPPING COMPANY LTD

Plaintiff,

against

UNION BULK A.S.

Defendant,

in a certain action for maritime attachment wherein it is alleged that there is due and owing from the Defendant to the said Plaintiff the amount of US $623,447 and praying for process of maritime attachment and garnishment against the said Defendant,

WHEREAS, this process is issued pursuant to such prayer and requires that a garnishee(s) shall serve their answer(s), together with answers to any interrogatories served with the Complaint, within 21 days after service of process upon him and requires that Defendant shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District you attach goods and chattels to the amount sued for; and if such property cannot be found that you attach other property, credit and effects to the amount sued for in the hands of:

**The Vessel LUCILIA C and/or**
**The Master of Vessel LUCILIA C and/or**
**Smith Industries Inc.**

to wit: property, letters of credit, deposits, freight, sub-freight, funds, monies, funds, credits, bills of lading, debts, payments, settlement agreements, bunkers, fuel, or other assets, tangible or intangible, in whatever form of:

**UNION BULK A.S.**

and that you promptly after execution of this process, file the same in this Court with your return thereon.

WITNESS, the _U.S. District Court for the District of Maryland_ of said Court, this __17__ th day of July 2026 and of our Independence the two-hundred fiftieth.

Blank Rome LLP
Attorneys for Plaintiffs
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

Catherine M. Stavlas
_____
Clerk

By:_____/s/_____
J. Fletcher, Deputy Clerk

*NOTE: This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.*

999998.05409/158739332v.1